

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00898-CR

Adrian Justino. **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4647
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Michael D. Robbins' Motion to Withdraw as Appellant's Counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court